UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL ONE ENTERPRISES, LLC,  )<br>                      Plaintiff  )<br>                            )<br>   v.                       )<br>                            )<br>CHEMICAL LIGHT, INC.,      )<br>                    Defendant  ) | Civil Action No. 04-30053-MAP |

SCHEDULING ORDER
March 17, 2004

NEIMAN, U.S.M.J.

In lieu of having a scheduling conference (see Document No. 27), the court hereby establishes the following schedule which tracks the scheduling order in *Omniglow Corporation v. Global One Enterprises, Inc.*, Civil Action No. 03-30240-MAP, a parallel case involving similar parties.

1. All (non-damages) written discovery shall be completed by October 1, 2004.

2. Non-expert depositions shall be completed by October 1, 2004.

3. Plaintiff shall designate and disclose information regarding its trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by November 1, 2004.

4. Defendant shall designate and disclose information regarding its trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by December 1, 2004.

5. Final expert disclosure (should any new matters be raised in rebuttal disclosure) shall be completed by December 16, 2004.

6. All expert depositions and all damages-related discovery shall be completed

by January 14, 2005.

7. Counsel shall appear for a case management conference before District Judge Michael A. Ponsor on January 21, 2005, at 2:30 p.m. in Courtroom Two, at which time the parties will suggest a schedule for Markman and dispositive motions.

IT IS SO ORDERED.

Dated: March 17, 2004

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge