UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30242-MAP

Omniglow Corporation,

    Plaintiff,

vs.

Global One Enterprises, LLC

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this cause hereby stipulate to a dismissal, with prejudice, of all claims and counterclaims entered herein, and request the court order dismissal of this cause accordingly.

Respectfully submitted,

McHALE & SLAVIN, P.A.

Edward F. McHale
2855 PGA Boulevard
Palm Beach Gardens, FL 33410
Tel: (561) 625-6575
Fax: (561) 625-6572
Attorneys Omniglow Corporation
and Chemical Light, Inc.

WEISS, MOY & HARRIS, P.C.

Karen J. Sepura
4204 N. Brown Avenue
Scottsdale, AZ 85251-3914
Tel: (480) 994-8888
Fax: (480) 947-2663
Attorneys for Global One Enterprises, LLC

| | |
|---|---|
| THOMAS A. KENEFICK, III, P.C. | SAPIRSTEIN & SAPIRSTEIN, P.C. |
| */s/ Thomas A. Kenefick* | */s/ Tani E. Sapirstein* |
| Thomas A. Kenefick | Tani E. Sapirstein |
| 73 Chestnut Street | Sapirstein & Sapirstein, P.C. |
| Springfield, MA 01103 | 1341 Main Street, 3rd Floor |
| Tel: (413) 734-7000 | (413) 827-7500 |
| Fax: (413) 731-1302 | (413) 827-7797 |
| Attorneys for Omniglow Corporation and Chemical Light, Inc. | Attorneys for Global One Enterprises, LLC |