UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30053-MAP

Global One Enterprises, LLC,

    Plaintiff

vs.

Chemical Light, Inc.,

    Defendant

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on before the court, upon the joint stipulation of the parties, dismissing all claims and counterclaims entered herein, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), this cause is hereby dismissed in its entirety with prejudice.

The parties to bear their own fees and costs.

ORDERED at Springfield, in the District of Massachusetts, this ___ day of _____ 2004.

                                                           U.S. District Judge

Copies:
Edward F. McHale, Esq.
Thomas A. Kenefick, Esq.
Karen J. Sepura, Esq.
Tani E. Sapirstein, Esq.